UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| KEVIN DEON BRAZIER,<br><br>        Petitioner,<br><br>  v.<br><br>KIM HOLLAND, Warden,<br><br>        Respondent. | NO.  ED CV 14-1320-AG (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: September 30, 2015

                                      ANDREW J. GUILFORD<br>                                      United States District Judge